United States District Court

Middle District of Louisiana

Jacob Zachary King    (Plaintiff)

- V -

**RECEIVED**

JUL 30 2020

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

State of Louisiana, Louisiana Department of Health and
Hospitals, Office of Behavioral Health, Eastern Louisiana
Mental Health System; and Terry Mabry, Eddie Sandford,
Shawn Kelly, Marquete Thomas, Dr. Janet Johnson, & unidentified
parties, in their official and private capacities.

(Defendants)

CIVIL ACTION
Case No:

JUDGE:
MAGISTRATE JUDGE:

Complaint

1) Plaintiff realleges and reavers all claims made in the
documentation already filed, in "Jacob Zachary King v.
Federal Bureau of Investigation, Et Alia", including the
"Declaration", and the "Declaration in Support of Request to Proceed

2

In Forma Pauperis", on Aug. 22, 2019, by USPS Certified Mail Article Number: 7012 2920 0000 8650 6819.

2) Plaintiff hereby introduces Exhibit 1, which is a State LDOH, OBH, Memorandum of APS Incident ID # 239999, which validated Physical Abuse of Plaintiff.

3) Plaintiff hereby introduces Exhibit 2, which is a bill stub documenting Plaintiff's medical charges subsequent to APS Incident ID # 239999 above.

## Jurisdiction

4) The Court has jurisdiction over Plaintiff's claims pursuant to 28 USC §§ 1331, 1343, & 1441.

5) The Court has criminal jurisdiction over Plaintiff's claims pursuant to 18 USC §§ 113 & 241.

6) The Court has supplemental criminal jurisdiction over Plaintiff's claims pursuant to 28 USC 1367 & L.R.S. 14:34.1.

## Parties

7) The Plaintiff, an illegal detainee, Jacob Zachary King, is In

3

illegal detention at ELMHS, with the address: CRU, P.O. Box 888, Jackson, La. 70748.

8) The defendants are: LDOH, OBH, ELMHS; and Terry Mabry, Eddie Sandford, Shawn Kelly, Marqueta Thomas, Dr. Janet Johnson, and unidentified parties here at ELMHS with the address: 4502 State Route 951, P.O. Box 498, Jackson, La. 70748.

## Argument

9) APS agent Ronald Delee did In Camera review of the defendant's claims against Plaintiff, and ruled their claims unfounded, after Plaintiff's claims were corroborated by In Camera review of the events.

10) Subsequent to 9 supra, Ronald Delee found there was no reason for Dr. Janet Johnson's Order, that Plaintiff hereby introduces as Exhibit 3.

11) Dr. Sanket Vyas was Plaintiff's unauthorized Court appointed doctor at that time, so Dr. Johnson should not have intervened.

12) Without Dr. Johnson's Order, Plaintiff would have never received this battery, all of which was against protocol procedures.

4

13) Subsequent to all of the above, Plaintiff shall be seeking compensatory and punitive damages for the injuries suffered to his person and his Rights, along with an audit and investigation by U.S. Attorney Brandon Fremin of the criminal charges.

14) Plaintiff cannot properly pursue this Matter at this time, due to illegal incarceration / civil commitment, which is currently under review at the U.S. 5th Circuit Court docket # 20-30105, thereby preventing Plaintiff from procuring counsel.

15) Plaintiff, subsequent to 14 supra, therefore argues for equitable tolling of the time limitations, until such time as Plaintiff can properly pursue his interest in this Matter, and argues for this Notice to be his proper Due Diligence for this Matter.

## Declaration in Support of Claims

Plaintiff hereby swears under the threat of perjury, pursuant to 28 USC 1746, that all claims above are true.

## Relief Requested

5

Wherefore, Plaintiff requests that the Court grant the following relief:

A) That all relief requested shall be granted as quickly as legally practicable.

B) That U.S. Attorney Brandon Fremin, shall audit and investigate all claims herein, for the criminal charges as alleged, subsequent to 13 supra.

C) That the Court shall grant equitable tolling of the time limitations, subsequent to 14 & 15 supra.

D) That the Court shall issue a declaratory judgment, that the Notice in 15 supra is proper Due Diligence of Plaintiff.

E) That the Court shall issue a declaratory judgment, that subsequent to C supra, the time limits are indefinitely tolled until Plaintiff can pursue his interest in this Matter.

Plaintiff hereby swears under the threat of perjury, pursuant to 28 USC 1746, that this document was subscribed here on this 25th day of July, 2020.

CRU                                    by _Jacob_ : _King_
P.O. Box 888                           SuiJuris, ProSe, Plaintiff, Declarant
Jackson, La 70748                      all rights reserved per UCC 1-308

CERTIFIED MAIL

rant, Jacob Zachary King, does hereby swear of perjury, pursuant to 28 USC 1746, that this envelop 26/2020 to be delivered as mail on 7/27/2020. Sub , 26th day of July, 2020.

by Jacob King
Pro Se, Declarant :

7/27/2020

7/27/2020

er the
saled
l here

Jacob Zachary King
P.O. Box 888
Jackson, La 70748

 

U.S. POSTAGE >> PITNEY BOWES

ZIP 70748 $ 006.95⁰
02 4W
0000357696 JUL 27 2020

7019 2280 0001 0001 0058

SCREENED
OK
U.S. MARSHAL

United States District Court
Middle District of Louisiana
777 Florida Street Suite 139
Baton Rouge, La 70801