UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JACOB ZACHARY KING                                         CIVIL ACTION NO.

VERSUS                                                              20-498-JWD-SDJ

STATE OF LOUISIANA, ET AL.

## RULING

On or about July 30, 2020, the *pro se* Plaintiff, a person confined at the Eastern Louisiana Mental Health System in Jackson, Louisiana, filed a Complaint alleging a civil rights violation pursuant to 42 U.S.C. § 1983.[1] Plaintiff failed to submit his complaint on a proper form and failed to submit either the filing fee or a properly completed motion to proceed *in forma pauperis* with statement of account, so pursuant to correspondence dated August 4, 2020, the Court directed Plaintiff to submit his complaint on an approved form along with either the full filing fee or a properly completed motion to proceed *in forma pauperis* with statement of account within twenty-one (21) days and advised him that failure to do so would result in dismissal of his suit without further notice.[2]

A review of the record by the Court reflects that Plaintiff has failed to properly respond to the Court's directives. Though Plaintiff submitted a new complaint and a motion to proceed *in forma pauperis*, his motion to proceed *in forma pauperis* is lacking the required statement of account. Plaintiff complains that requiring him to submit a statement of account is "superfluous and redundant," but pursuant to 28 U.S.C. § 1915, Plaintiff is required to submit the statement of account, and this Court is required to base Plaintiff's initial filing fee off of in information provided in the statement of account. Without this required information, the suit cannot proceed. Because

---

[1] R. Doc. 1.
[2] R. Doc. 2.

Plaintiff failed to properly respond to this Court's directives, his action shall be dismissed without prejudice for failure to correct the deficiencies of which he was notified. Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned proceeding is hereby **DISMISSED WITHOUT PREJUDICE**. Judgment shall be entered accordingly.

**IT IS FURTHER ORDERED** that Plaintiff's deficient Motion to Proceed *in Forma Pauperis*[3] is **DENIED AS MOOT**.

Signed in Baton Rouge, Louisiana, on September 1, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[3] R. Doc. 4.